1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONNIE MONEY COLEMAN,

    Plaintiff,

v.

PRISON STAFF ACCOUNTANT, *et al*.,

    Defendants.

Case No. 3:20-cv-0335-RCJ-WGC

**ORDER**

    Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Custodian of Records for the Nevada Department of Corrections (ECF No. 5).[1]

    For good cause shown,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Court to Issue a Rule 45 Subpoena Duces Tecum to Custodian of Records for the Nevada Department of Corrections (ECF No. 5) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the Subpoena to Produce Documents that Plaintiff attached to his Motion for Court to Issue Rule 45 Subpoena Duces Tecum (ECF No. 5, pp. 5-7).

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically **SERVE** a copy of this order and a copy of Subpoena Duces Tecum on the Office of the Attorney

---

[1] In the screening order, the Court directed Plaintiff to file a Rule 45 subpoena duces tecum to identify Doe Prison Staff Accountant.  (ECF No. 3 at 5-6.)

General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet.  This does not indicate acceptance of service.

**IT IS FURTHER ORDERED** that within **seven (7) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum on behalf of the Custodian of Records of the Nevada Department of Corrections.

DATED:  May 17, 2021.

William G. Cobb
_____
UNITED STATES MAGISTRATE JUDGE

2